IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*******************************

ROBIN BRADY,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

*******************************

JAN 2 6 2006

Civil Action No.
05-CV-0085

STIPULATION and ORDER
REGARDING ATTORNEY'S FEES

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that no party to this action is an infant or incompetent person and that an attorney fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412, in the amount of $1,075.00 be and hereby is allowed to Gregory R. Gilbert, Esq., Amdursky, Pelky, Fennell & Wallen, P.C., 26 East Oneida Street Oswego, New York 13126.

Dated: January 26, 2006

        By:  /s/ Gregory R. Gilbert
                Gregory R. Gilbert
                Attorney for Plaintiff

Dated: January 26, 2006

        GLENN T. SUDDABY
        United States Attorney
        P.O. Box 7198
        100 S. Clinton Street
        Syracuse, New York 13261-7198

        By:  /s/ William H. Pease
                William H. Pease - 102338
                Assistant U.S. Attorney

SO ORDERED:
Dated: 1/26/06
       Syracuse, NY

        NORMAN A. MORDUE
        U.S. DISTRICT JUDGE